# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

DARNELL WESLY MOON,

        Plaintiff,

   v.

COMMISSIONER OF INTERNAL
REVENUE SERVICE and
CRIMINAL INVESTIGATION
DIVISION OF INTERNAL
REVENUE SERVICE,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 09-cv-130-slc**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants with prejudice.

PETER OPPENEER

**Peter Oppeneer, Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____**4/8/09**_____
Date